UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION

In Re:

MIGUEL ANGEL RODRIGUEZ,

Case Number: 15-24592-LMI
Chapter 13

Debtor.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

The respective parties, by and through undersigned attorney, stipulate that PETER SPINDEL, ESQ., counsel of record for the Debtor, MIGUEL ANGEL RODRIGUEZ, shall hereby withdraw and that MARIA I. ESCOTO-CASTIELLO, ESQ. be substituted as counsel for Debtor, MIGUEL ANGEL RODRIGUEZ.

All pleadings, orders and other papers in this case should be served on:

MARIA I. ESCOTO-CASTIELLO, P.A.
2000 South Dixie Highway, Suite 104-A
Miami, Florida 33133
Maria@mec-lawfirm.com

Debtor, MIGUEL ANGEL RODRIGUEZ, consents to this substitution and fully approves same.

_____
Debtor, MIGUEL ANGEL RODRIGUEZ

Former Counsel
PETER SPINDEL, ESQ., P.A.
8306 Mills Dr # 458
Miami, FL 33183-4838
(305) 799-5724

_____
Peter Spindel, Esq.
FBN 816183
DATE: 4/27/2021

New Counsel
MARIA I. ESCOTO-CASTIELLO, P.A.
2000 South Dixie Highway, Suite 104-A
Miami, Florida 33133
(305) 860-0991

_____
Maria I. Escoto-Castiello, Esq.
FBN 959839
DATE: _____