**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourt.gov

In re:                                                          Case No. 20-22879-LMI

MIGUEL ANGEL RODRIGUEZ                         Chapter   13

               Debtor.
_____/

## NOTICE OF UNAVAILABILITY

PLEASE BE ADVISED that the undersigned counsel for Creditor Yasmin Carvajal ("Creditor") gives notice that he will be unavailable from **June 7, 2021 up to and including July 5, 2021** and respectfully requests that no hearings, mediations, depositions, or any other matter be set during said time period.

## CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am qualified to practice before this Court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on May 21, 2021 to all registered parties via CM/ECF and:

Lisa M. Castellano, Esq. on behalf of Attorney Brickell Biscayne Condominium Assocation, Inc.
lcastellano@gjb-law.com, btraina@gjb-law.com;vlambdin@gjb-law.com

Maria I. Escoto-Castiello, Esq on behalf of Debtor Miguel Angel Rodriguez
Maria@mec-lawfirm.com

Diangleo S Frazer on behalf of Creditor Wells Fargo Bank, National Association
dfrazer@rasmonitor.com

Seth J Greenhill on behalf of Creditor Ocwen Loan Servicing, LLC
sgreenhill@padgettlaw.net,
desiree.wyatt@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com;NSbkecf@padgettlaw.net;PLG@ecf.courtdrive.com;bkecf@padgettlaw.net

April Harriott on behalf of Creditor Wells Fargo Bank, National Association
aharriott@raslg.com

Jennifer Margolis Marquez on behalf of Creditor Urological Associates of South Florida, P.A.
jenmargolis@bellsouth.net, gail@newmanmarquezpa.com

Karena Mattingly on behalf of Attorney Brickell Biscayne Condominium Assocation, Inc.
kmattingly@bplegal.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ariel Sagre on behalf of Creditor Yasmin Carvajal
law@sagrelawfirm.com

Christopher P Salamone on behalf of Creditor Wells Fargo Bank, National Association
csalamone@raslg.com, csalamone@raslg.com

Peter D Spindel on behalf of Debtor Miguel Angel Rodriguez
peterspindel@gmail.com, peterspindelcmecf@gmail.com<u>via</u>

<u>First-class US Mail</u>
Miguel Angel Rodriguez
150 SE 25th Road, Unit 5F
Miami, FL 33129
*Debtor*

       Respectfully submitted,

       SAGRE LAW FIRM, P.A.
       Attorney for Yasmin Carvajal
       5201 Blue Lagoon Drive, Suite 892
       Miami, FL 33126
       Telephone: (305) 266-5999, Facsimile:  (305) 265-6623
       E-Mail: law@sagrelawfirm.com

By:    /s/ Ariel Sagre
       ARIEL SAGRE, ESQ.
       Florida Bar No.: 557447