UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourt.gov

In re:                                                                                    Case No. 20-22879-LMI

MIGUEL ANGEL RODRIGUEZ                                          Chapter   13

        Debtor.
_____/

**CREDITOR YASMIN CARVAJAL'S OBJECTION TO DEBTOR'S
MOTION TO MODIFY AND MODFED PLAN**

    Secured Creditor, Yasmin Carvajal ("Carvajal"), by and through undersigned counsel, hereby files her Objection to *Debtor's Motion to Modify Chapter 13 Plan and Proposed Modified Chapter 13 Plan*, and in support thereof, states as follows:

    1. No chapter 13 plan payment was received by the Trustee after September 8, 2020. Now, over 8 months later, Debtor seeks to delay Creditor by filing the operative motion to modify.

### *Feasibility*

    2. Creditor disputes that the proposed modified chapter 13 plan is feasible and respectfully requests an evidentiary hearing regarding same.

### *In re Gonzalez, 832 F. 3d 1251 (11th Cir. 2016), Estoppel and 1327*

    3. The Code made clear that the provisions of the confirmed plan bind **the Debtor** and Creditor. Debtor should be estopped from receiving the benefit of the ratified settlement but now refusing to pay. Through negotiated settlement, the Debtor agreed to the terms and conditions of the confirmed chapter 13 plan.

*Inequitable*

4. It would be inequitable to allow the Debtor who (discovery is ongoing) could have materially made no effort to comply with the Court Order ratifying settlement in securing a lump sum payment in month 60 to now further push Creditor to month 84. To underscore the unfairness, the current proposed plan contains unequal plan payments for the remaining balance owed. Creditor objects to any modification. In the alternative and to preserve the arguments, Creditor further objects to any unequal payments and to any lump sum in month 84.

5. Creditor reserves the right to supplement and raise additional issues as this is a timely objection.

6. Creditor incurred additional fees and costs in this matter.

WHEREFORE, Creditor Yasmin Carvajal, respectfully requests that this Honorable Court enter an Order denying modification of the Debtor's chapter 13 plan and/or enter an Order dismissing the chapter 13 case pursuant to 11 U.S.C. §1307(c)(1) and/or 11 U.S.C. §1307(c)(1) and/or for bad faith and/or some other relevant Code provision and/or for such other relief as the Court deems just and proper.

CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the Southern District of Florida, and am qualified to practice before this Court as set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on May 28, 2021 to all registered parties via CM/ECF and:

Lisa M. Castellano, Esq. on behalf of Attorney Brickell Biscayne Condominium Assocation, Inc.
lcastellano@gjb-law.com, btraina@gjb-law.com;vlambdin@gjb-law.com

Maria I. Escoto-Castiello, Esq on behalf of Debtor Miguel Angel Rodriguez
Maria@mec-lawfirm.com

Diangleo S Frazer on behalf of Creditor Wells Fargo Bank, National Association
dfrazer@rasmonitor.com

Seth J Greenhill on behalf of Creditor Ocwen Loan Servicing, LLC
sgreenhill@padgettlaw.net,
desiree.wyatt@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com;NSbkecf@padgettlaw.net;PLG@ecf.courtdrive.com;bkecf@padgettlaw.net

April Harriott on behalf of Creditor Wells Fargo Bank, National Association
aharriott@raslg.com

Jennifer Margolis Marquez on behalf of Creditor Urological Associates of South Florida, P.A.
jenmargolis@bellsouth.net, gail@newmanmarquezpa.com

Karena Mattingly on behalf of Attorney Brickell Biscayne Condominium Assocation, Inc.
kmattingly@bplegal.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ariel Sagre on behalf of Creditor Yasmin Carvajal
law@sagrelawfirm.com

Christopher P Salamone on behalf of Creditor Wells Fargo Bank, National Association
csalamone@raslg.com, csalamone@raslg.com

Peter D Spindel on behalf of Debtor Miguel Angel Rodriguez
peterspindel@gmail.com, peterspindelcmecf@gmail.com<u>via</u>

<u>First-class US Mail</u>
Miguel Angel Rodriguez
150 SE 25th Road, Unit 5F
Miami, FL 33129
*Debtor*

        Respectfully submitted,

        SAGRE LAW FIRM, P.A.
        Attorney for Yasmin Carvajal
        5201 Blue Lagoon Drive, Suite 892
        Miami, FL 33126
        Telephone: (305) 266-5999, Facsimile: (305) 265-6623
        E-Mail: <u>law@sagrelawfirm.com</u>

     By:  <u>/s/ Ariel Sagre</u>
        ARIEL SAGRE, ESQ.
        Florida Bar No.: 557447