## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☑ 8th _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Miguel Angel Rodriguez _____ JOINT DEBTOR: _____ CASE NO.: 15-24592-LMI _____

SS#: xxx-xx- 5040 _____                SS#: xxx-xx-_____

### I.   NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☑ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☑ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☑ Not included |

### II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,699.27 _____ for months __1__ to _69_ ;

2. $2,000.00 _____ for months _70_ to _70_ ;

3. $1,700.00 _____ for months _71_ to _83_ ;

4. $138,543.24 _____ for months _84_ to _84_ ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: $6,500.00 | Total Paid: $1,000.00 | Balance Due: $5,500.00 |
|---|---|---|

Payable ___$79.71___ /month (Months _1_ to _69_ )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Fees for Peter Spindell, Esq.

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

| Total Fees: $2,250.00 | Total Paid: $2,250.00 | Balance Due: $0.00 |
|---|---|---|

Payable ___$0.00___ /month (Months ___ to ___ )

Allowed fees under LR 2016-l(B)(2) are itemized below:
Fees for Maria I. Escoto-Castiello, Esq.

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

### III.   TREATMENT OF SECURED CLAIMS   ☐ NONE

A. **SECURED CLAIMS:**   ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

LF-31 (rev. 06/04/21)

Debtor(s): Miguel Angel Rodriguez _____   Case number: 15-24592-LMI

---

1. Creditor: Brickell Biscayne Condominium Association, Inc. _____

| Address: c/o Lisa M. Castellano | Arrearage/ Payoff on Petition Date | 22,024.25 | | |
|---|---|---|---|---|
| Becker & Poliakoff, P.A. | Regular Payment (Maintain) | $674.52 | /month (Months 1 | to 69 ) |
| 1511 N. Westshore Blvd., | | | | |
| Suite 1000 | Arrears Payment (Cure) | $319.19 | /month (Months 1 | to 69 ) |
| Tampa, FL 33607 | | | | |

Last 4 Digits of
Account No.:        7886 _____

Other:      (Agreed Order see ECF #106) _____

☑ Real Property                                      Check one below for Real Property:

  ☑ Principal Residence                    ☐ Escrow is included in the regular payments

  ☐ Other Real Property                   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
Final Judgment for unpaid assessments for property:
150 SE 25 Road, #5-F, Miami, FL 33129

☐ Personal Property/Vehicle

Description of Collateral: _____

---

2. Creditor: Yasmin Carvajal _____

| Address: 2350 SW 3 Street | Arrearage/ Payoff on Petition Date | $159,684.88 | | |
|---|---|---|---|---|
| Miami, FL 33135 | Arrears Payment (Cure) | $192.84 | /month (Months 1 | to 69 ) |
| | Arrears Payment (Cure) | $1,800.00 | /month (Months 70 | to 70 ) |
| Last 4 Digits of | Arrears Payment (Cure) | $1,530.00 | /month (Months 71 | to 83 ) |
| Account No.: | Arrears Payment (Cure) | $124,688.92 | /month (Months 84 | to 84 ) |

Other:      (Agreed Proof of Claim #4; See ECF #77) _____

☐ Real Property                                      Check one below for Real Property:

  ☐ Principal Residence                    ☐ Escrow is included in the regular payments

  ☐ Other Real Property                   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
Mortgage on 150 SE 25 Road, #5-F, Miami, FL 33129

☐ Personal Property/Vehicle

Description of Collateral: _____

---

3. Creditor: Internal Revenue Services _____

| Address: P.O. Box 7346 | Arrearage/ Payoff on Petition Date | $1,525.86 | | |
|---|---|---|---|---|
| Philadelphia, PA 19101 | Arrears Payment (Cure) | $22.11 | /month (Months 1 | to 69 ) |

Last 4 Digits of
Account No.:        5040 _____

Other: _____

Debtor(s): Miguel Angel Rodriguez                    Case number: 15-24592-LMI

---

☐ Real Property                                    Check one below for Real Property:

    ☐ Principal Residence                    ☐ Escrow is included in the regular payments

    ☐ Other Real Property                    ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:

☐ Personal Property/Vehicle

Description of Collateral:

---

**B. VALUATION OF COLLATERAL:**  ■ NONE

**C. LIEN AVOIDANCE**  ■ NONE

**D. SURRENDER OF COLLATERAL:**  ■ NONE

**E. DIRECT PAYMENTS**  ☐ NONE

Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

    ■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Ocwen Loan Servicing | 6156 | First Mortgage on homestead at 150 SE 25 Road, #5-F, Miami, FL 33129 |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]  ☐ NONE

    **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

    **B. INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $14,721.42 | Total Payment | $14,721.42 |
|---|---|---|---|
| Payable: | $213.35 | /month (Months  1  to 69 ) | |

    **C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

    **D. OTHER:** ■ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**  ☐ NONE

    **A. Pay**  $119.62  /month (Months  1  to 69 )

    Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

    **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    **C. SEPARATELY CLASSIFIED:**  ■ NONE

**VI. STUDENT LOAN PROGRAM**  ■ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**  ■ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

    ■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX. NON-STANDARD PLAN PROVISIONS** ■ NONE

Debtor(s): Miguel Angel Rodriguez                Case number: 15-24592-LMI

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____    Debtor    August 12, 2021        _____    Joint Debtor    _____
Miguel Angel Rodriguez                        Date                                                                        Date

_____                August 12, 2021
Maria I. Escoto-Castiello, Esq.                    Date
Attorney with permission to sign on
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**