**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourt.gov

In re:                                                          Case No. 15-24592-LMI

MIGUEL ANGEL RODRIGUEZ                    Chapter   13

                    Debtor.

_____/

**CREDITOR YASMIN CARVAJAL'S OBJECTION TO DEBTOR'S**
**MOTION TO MODIFY AND MODIFED PLAN [ECF NO. 169]**
**AND**
**SUPPLEMENT TO CARVAJAL'S MOTION TO DISMISS CASE FOR OTHER**
**REASON (INCLUDING PURSUANT TO 11 USC SECTION 1307(C)(1) AND (C)(6))**
**[ECF NO. 143]**

Secured Creditor, Yasmin Carvajal ("Carvajal"), by and through undersigned counsel, hereby files her *Objection to Debtor's Motion to Modify Chapter 13 Plan and Proposed Modified Chapter 13 Plan [ECF No. 169]* and *Supplement to Carvajal's Motion to Dismiss Case For Other Reason (Including Pursuant to 11 USC Section 1307(c)(1) and (c)(6))[ECF No. 143]*, and in support thereof, states as follows:

1.  The Debtor and Carvajal reached a settlement on April 18, 2016 ratified by *Agreed Order Sustaining in Part and Overruling in Part Debtor's Objection to Claim no. 4-1* [ECF no. 77]("Court Order") and the confirmed third amended chapter 13 plan [ECF no. 108]("Confirmed Plan"). **Exhibit A.** The Court Order and confirmed plan both required the Debtor to pay Carvajal in month 60, August 2020, the reduced negotiated lump sum of $147,184.88. *Id*. The lump sum payment was never made.

2. Debtor filed the operative motion to modify 8 months after month 60 on May 6, 2021. Now, Debtor seeks to extend the lump sum payment to month 84.

3. The Debtor admitted the balloon mortgage dated April 5, 2006 and recorded on April 12, 2006 at Official Records Book 24421 at Pages 1829-1838 matured on April 20, 2011." ECF no. 159 at 6 (*Debtor's Amended Responses to Creditor's First Request for Production and First Request for Admission*). **Exhibit B.**

4. The Debtor caused unreasonable delay to Creditor Yasmin Carvajal in this matter that is prejudicial to Creditor Yasmin Carvajal. *Id*. at 6.

### *I. ABUSE OF BANKRUPTCY PROCESS*

DEBTOR MADE NO EFFORT TO COMPLY WITH COURT ORDER AND/OR
CONFIRMED CHAPTER 13 PLAN

5. From August 12, 2015 to May 19, 2021, "Debtor has not requested credit from any entity." *Id*. at 4 and 5.

6. From August 12, 2015 to May 19, 2021, "Debtor has not received any refinance estimates." *Id*. at 4 and 5.

7. From August 12, 2015 to May 19, 2021, "Debtor has not entered into any listing agreements." *Id*. at 4 and 5.

8. From August 12, 2015 to May 19, 2021, "Debtor does not have any documents reflecting the value of his home." *Id*. at 4 and 5.

9. In sum, Debtor made no effort to payoff Carvajal either through refinance or sale of property. No credit was sought. Debtor did not even seek an appraisal to determine *if he could* refinance or sell.

10. Based upon the record, Debtor had no intent of paying Carvajal by month 60.

11. It would be inequitable to allow Debtor who materially made no effort to comply with the Court Order or confirmed plan to now further delay Carvajal.

12. Furthermore, Carvajal objects to any unequal payments.

### *II. FEASIBILITY*

13. Carvajal disputes that the proposed modified chapter 13 plan is feasible and respectfully requests an evidentiary hearing regarding same.

### *III. IN RE GONZALEZ, 832 F. 3D 1251 (11TH CIR. 2016), ESTOPPEL AND 1327*

14. The Code made clear that the provisions of the confirmed plan bind **the Debtor** and Creditor. Debtor should be estopped from receiving the benefit of the ratified settlement but then refusing to pay.

15. Irrespective of the COVID-19 Pandemic, Debtor admittedly did nothing to follow through on his promise to pay Carvajal from August 12, 2015 to May 19, 2021.

16. Carvajal is a now a widower.

17. This is Carvajal's fifth objection to plan modification. Carvajal reserves the right to amend and/or raise additional issues.

18. Carvajal incurred additional fees and costs in this matter and seeks same as to Debtor.

WHEREFORE, Creditor Yasmin Carvajal, respectfully requests that this Honorable Court enter an Order denying modification of the Debtor's chapter 13 plan and/or enter an Order dismissing the chapter 13 case pursuant to 11 U.S.C. §1307(c)(1) and/or 11 U.S.C. §1307(c)(1) and/or for bad faith and/or some other relevant Code provision and/or for such other relief as the Court deems just and proper.

CERTIFICATE OF ADMISSION

I HEREBY CERTIFY that I am admitted to the Bar for the District Court in and for the

Southern District of Florida, and am qualified to practice before this Court as set forth in Local

Rule 2090-1(A).

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on September 1, 2021 to all registered parties via CM/ECF and:

Lisa M. Castellano, Esq. on behalf of Attorney Brickell Biscayne Condominium Assocation, Inc.
lcastellano@gjb-law.com, btraina@gjb-law.com;vlambdin@gjb-law.com

Maria I. Escoto-Castiello, Esq on behalf of Debtor Miguel Angel Rodriguez
Maria@mec-lawfirm.com

Diangleo S Frazer on behalf of Creditor Wells Fargo Bank, National Association
dfrazer@rasmonitor.com

Seth J Greenhill on behalf of Creditor Ocwen Loan Servicing, LLC
sgreenhill@padgettlaw.net,
desiree.wyatt@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com;NSbkecf@padgettlaw.net;PLG@ecf.courtdrive.com;bkecf@padgettlaw.net

April Harriott on behalf of Creditor Wells Fargo Bank, National Association
aharriott@raslg.com

Jennifer Margolis Marquez on behalf of Creditor Urological Associates of South Florida, P.A.
jenmargolis@bellsouth.net, gail@newmanmarquezpa.com

Karena Mattingly on behalf of Attorney Brickell Biscayne Condominium Assocation, Inc.
kmattingly@bplegal.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ariel Sagre on behalf of Creditor Yasmin Carvajal
law@sagrelawfirm.com

Christopher P Salamone on behalf of Creditor Wells Fargo Bank, National Association
csalamone@raslg.com, csalamone@raslg.com

Peter D Spindel on behalf of Debtor Miguel Angel Rodriguez
peterspindel@gmail.com, peterspindelcmecf@gmail.com<u>via</u>

<u>First-class US Mail</u>
Miguel Angel Rodriguez
150 SE 25th Road, Unit 5F
Miami, FL 33129
*Debtor*

Respectfully submitted,

**SAGRE LAW FIRM, P.A.**
Attorney for Yasmin Carvajal
5201 Blue Lagoon Drive, Suite 892
Miami, FL 33126
Telephone: (305) 266-5999, Facsimile:  (305) 265-6623
E-Mail: law@sagrelawfirm.com

By:      /s/ Ariel Sagre
ARIEL SAGRE, ESQ.
Florida Bar No.: 557447