**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourt.gov

In re:                                                                                          Case No. 15-24592-LMI

MIGUEL ANGEL RODRIGUEZ                                          Chapter   13

           Debtor.
_____/

**CREDITOR YASMIN CARVAJAL'S ATTORNEY'S FEES AND COSTS INCURRED FROM MAY 14, 2021 THROUGH NOVEMBER 12, 2021**

Secured Creditor, Yasmin Carvajal ("Carvajal"), by and through undersigned counsel, pursuant to the Honorable Court's Order (DE 186), hereby files her attached invoice regarding attorney's fees and costs incurred from May 14, 2021 through November 12, 2021 ("Exhibit A") upon the Clerk of this Honorable Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on November 12, 2021 to all registered parties via CM/ECF and:

Lisa M. Castellano, Esq. on behalf of Attorney Brickell Biscayne Condominium Assocation, Inc.
lcastellano@gjb-law.com, btraina@gjb-law.com;vlambdin@gjb-law.com

Maria I. Escoto-Castiello, Esq on behalf of Debtor Miguel Angel Rodriguez
Maria@mec-lawfirm.com

Diangleo S Frazer on behalf of Creditor Wells Fargo Bank, National Association
dfrazer@rasmonitor.com

Seth J Greenhill on behalf of Creditor Ocwen Loan Servicing, LLC
sgreenhill@padgettlaw.net,
desiree.wyatt@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com;NSbkecf@padgettlaw.net;PLG@ecf.courtdrive.com;bkecf@padgettlaw.net

April Harriott on behalf of Creditor Wells Fargo Bank, National Association
aharriott@raslg.com

Jennifer Margolis Marquez on behalf of Creditor Urological Associates of South Florida, P.A.

jenmargolis@bellsouth.net, gail@newmanmarquezpa.com

Karena Mattingly on behalf of Attorney Brickell Biscayne Condominium Assocation, Inc.
kmattingly@bplegal.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ariel Sagre on behalf of Creditor Yasmin Carvajal
law@sagrelawfirm.com

Christopher P Salamone on behalf of Creditor Wells Fargo Bank, National Association
csalamone@raslg.com, csalamone@raslg.com

Peter D Spindel on behalf of Debtor Miguel Angel Rodriguez
peterspindel@gmail.com, peterspindelcmecf@gmail.com via

First-class US Mail
Miguel Angel Rodriguez
150 SE 25th Road, Unit 5F
Miami, FL 33129
*Debtor*

           Respectfully submitted,
           SAGRE LAW FIRM, P.A.
           Attorney for Yasmin Carvajal
           5201 Blue Lagoon Drive, Suite 892
           Miami, FL 33126
           Telephone: (305) 266-5999, Facsimile: (305) 265-6623
           E-Mail: law@sagrelawfirm.com
     By: /s/ Ariel Sagre
           ARIEL SAGRE, ESQ.
           Florida Bar No.: 557447