

TELEPHONE (305) 266-5999  
FACSIMILE (305) 265-6223  
SAGRELAWFIRM.COM

5201 BLUE LAGOON DRIVE  
SUITE 892  
MIAMI, FLORIDA 33126

November 12, 2021

Client Yasmin Carvajal ("Client") Legal Services from 05/14/2021 to 11/12/2021

| Date | Description | Hours |
|---|---|---|
| 05/19/2021 | Legal research regarding case matters in support of Client's motion to dismiss debtor's bankruptcy case. | .9 |
| 05/19/2021 | Drafted/prepared Client's Motion to Dismiss Case For Other Reason *(Including Pursuant to 11 USC Section 1307(c)(1) and (c)(6))* | 1.9 |
| 05/19/2021 | Legal research regarding case matters in support of Client's discovery requests to debtor. | .9 |
| 05/19/2021 | Drafted/prepared Client's *First Set of Interrogatories, First Request for Production, and First Request for Admissions of Debtor* | 2.9 |
| 05/28/2021 | Drafted/prepared Client's first objection to medication of debtor's chapter 13 Plan including legal citations. | 1.9 |
| 06/03/2021 | Appeared at hearing on debtor's motion to modify chapter 13 plan on behalf of Client. | .9 |
| 06/07/2021 | Drafted/prepared Client's second objection to medication of debtor's chapter 13 Plan including legal citations. | .9 |
| 06/30/2021 | Electronic communication to opposing counsel regarding case matter. | .9 |
| 07/06/2021 | Drafted/prepared Client's third objection to medication of debtor's chapter 13 Plan including legal citations. | .9 |
| 07/06/2021 | Electronic communication to opposing counsel regarding case matter. | .9 |
| 07/13/2021 | Appeared at continued hearing on debtor's motion to modify chapter 13 plan on behalf of Client. | .3 |
| 08/02/2021 | Drafted/prepared Client's fourth objection to medication of debtor's chapter 13 Plan including legal citations. | .9 |

In re: Miguel Angel Rodriguez, case no. 15-24592-LMI, Southern District of Florida
Page | 2

| Date | Description | Hours |
|---|---|---|
| 08/10/2021 | Appeared at continued hearing on debtor's motion to modify chapter 13 plan on behalf of Client. | .5 |
| 08/12/2021 | Electronic communication to Client regarding case matter. | .1 |
| 09/01/2021 | Drafted/prepared Client's fifth objection to medication of debtor's chapter 13 Plan including legal citations and supplement to motion to dismiss chapter 13 case | 1.9 |
| 09/09/2021 | Prepared for continued hearing on Client's motion to dismiss chapter 13 case and debtor's motion to modify chapter 13 plan. | .9 |
| 09/09/2021 | Appeared at continued hearing on debtor's motion to modify chapter 13 plan on behalf of Client. | .9 |
| 09/09/2021 | Electronic communication to Client regarding case matter. | .1 |
| 10/11/2021 | Notice of Filing *Creditor Yasmin Carvajal's Request for Verification of Mortgage regarding Debtor's homestead with payoff good through November 10, 2021 of $146,378.92* | .3 |
| 10/11/2021 | Appeared at continued hearing on debtor's motion to modify chapter 13 plan on behalf of Client. | .9 |
| 10/11/2021 | Telephone communication with opposing counsel. | .9 |
| 10/12/2021 | Telephone communication with opposing counsel. | .1 |
| 10/20/2021 | Electronic communication to Client regarding case matter. | .1 |
| 10/27/2021 | Electronic communication to Client regarding case matter. | .1 |
| 10/28/2021 | Drafted/prepared notice of filing DE 185. | .1 |
| 10/29/2021 | Electronic communication to opposing counsel regarding case matter. | .1 |
| 11/01/2021 | Electronic communication to opposing counsel regarding case matter. | .1 |
| 11/02/2021 | Electronic communication to opposing counsel regarding case matter. | .1 |
| 11/02/2021 | Appeared at hearing on continued motion to dismiss and motion to modify chapter 13 plan. | .1 |

*In re: Miguel Angel Rodriguez, case no. 15-24592-LMI, Southern District of Florida*
Page | 3

| | | |
|---|---|---|
| 11/02/2021 | Drafted/prepared proposed order regarding continued motion to dismiss hearing. | .1 |
| | Total hours used | **21.6** |

**TOTAL ATTORNEY'S FEES FROM 5/14/2021 THROUGH 11/12/2021 [21.6 hours x $250.00 per hour (Client's reduced contractual rate)]  $5,400.00**

**TOTAL COSTS FROM 5/14/2021 THROGH 11/12/2021                $0.00**