

**ORDERED in the Southern District of Florida on December 2, 2021.**

Laurel M. Isicoff
Chief United States Bankruptcy Judge
_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In Re:

MIGUEL ANGEL RODRIGUEZ,                    Case Number: 15-24592-LMI
                                           Chapter 13
    Debtor.
_____/

**ORDER ON CREDITOR'S MOTION TO DISMISS CHAPTER 13 CASE (ECF #140) AND
DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN (ECF #143)**

**THIS CAUSE** came before the Court on December 1, 2021 on Creditor's Motion to Dismiss Chapter 13 Case (ECF #143) and on Debtor's Motion to Modify Chapter 13 Plan (ECF #140) and based upon the record, it is:

**ORDERED AND ADJUDGED** that:

1. The Debtor has until December 23, 2021 to file with the Court a Notice that the refinancing of his homestead real property was completed.

2. If Debtor files with the Court on or before December 23, 2021 a Notice that the refinancing of his homestead real property was completed, then Debtor shall submit an ex parte order denying as moot Creditor, Yasmin Carvajal's Motion to Dismiss Chapter 13 Case (ECF #143) and submit an ex parte order continuing Debtor's Motion to Modify Chapter 13 Plan to January 4, 2021, at 9:00 AM.

3. Debtor shall payoff the Chapter 13 Plan with funds from the refinancing, which includes the mortgage payoff to Creditor, Yasmin Carvajal, by payment to the Chapter 13 Trustee.

4. Debtor shall pay $5,400.00 to the attorney for Creditor, Yasmin Carvajal, from the refinancing closing by payment to the Sagre Law Firm, P.A.

5. If Debtor fails to file with the Court on or before December 23, 2021 a Notice that the refinancing of his homestead real property was completed, then Creditor, Yasmin Carvajal, shall submit an ex parte order granting Creditor's Motion to Dismiss Chapter 13 Case (ECF #143) and this case shall be dismissed without further hearing.

###

**Submitted by:**
Maria I. Escoto-Castiello, Esq.
2000 South Dixie Highway, Suite 104-A
Miami, Florida 33133
Attorney Escoto-Castiello is directed to serve copies of this order on all interested parties.