**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourt.gov

In re:                                                                    Case No. 15-24592-LMI

MIGUEL ANGEL RODRIGUEZ                              Chapter   13

              Debtor.
_____/

**CREDITOR YASMIN CARVAJAL'S NOTICE OF FILING DEBTOR'S COUNSEL'S ELECTRONIC MESSAGE DATED DECEMBER 28, 2021**

Secured Creditor, Yasmin Carvajal ("Carvajal"), by and through undersigned counsel, hereby files the attached Debtor's Counsel's electronic message dated December 28, 2021 ("Exhibit A") upon the Clerk of this Honorable Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically served on December 28, 2021 to all registered parties via CM/ECF and:

Lisa M. Castellano, Esq. on behalf of Attorney Brickell Biscayne Condominium Assocation, Inc.
lcastellano@gjb-law.com, btraina@gjb-law.com;vlambdin@gjb-law.com

Maria I. Escoto-Castiello, Esq on behalf of Debtor Miguel Angel Rodriguez
Maria@mec-lawfirm.com

Diangleo S Frazer on behalf of Creditor Wells Fargo Bank, National Association
dfrazer@rasmonitor.com

Seth J Greenhill on behalf of Creditor Ocwen Loan Servicing, LLC
sgreenhill@padgettlaw.net,
desiree.wyatt@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com;NSbkecf@padgettlaw.net;PLG@ecf.courtdrive.com;bkecf@padgettlaw.net

April Harriott on behalf of Creditor Wells Fargo Bank, National Association
aharriott@raslg.com

Jennifer Margolis Marquez on behalf of Creditor Urological Associates of South Florida, P.A.
jenmargolis@bellsouth.net, gail@newmanmarquezpa.com

Karena Mattingly on behalf of Attorney Brickell Biscayne Condominium Assocation, Inc.

kmattingly@bplegal.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Ariel Sagre on behalf of Creditor Yasmin Carvajal
law@sagrelawfirm.com

Christopher P Salamone on behalf of Creditor Wells Fargo Bank, National Association
csalamone@raslg.com, csalamone@raslg.com

Peter D Spindel on behalf of Debtor Miguel Angel Rodriguez
peterspindel@gmail.com, peterspindelcmecf@gmail.com<u>via</u>

<u>First-class US Mail</u>
Miguel Angel Rodriguez
150 SE 25th Road, Unit 5F
Miami, FL 33129
*Debtor*

                         Respectfully submitted,
                         SAGRE LAW FIRM, P.A.
                         Attorney for Yasmin Carvajal
                         5201 Blue Lagoon Drive, Suite 892
                         Miami, FL 33126
                         Telephone: (305) 266-5999, Facsimile:  (305) 265-6623
                         E-Mail: <u>law@sagrelawfirm.com</u>
               By:    <u>/s/ Ariel Sagre</u>
                         ARIEL SAGRE, ESQ.
                         Florida Bar No.: 557447