RE: Bankruptcy - Miguel Angel Rodriguez

From: Maria Escoto-Castiello (maria@mec-lawfirm.com)
To: law@sagrelawfirm.com
Date: Tuesday, December 28, 2021, 10:31 AM EST

Hi Ariel,

Hope you had a great Christmas!

Unfortunately, Mr. Rodriguez decided not to go through with the refinancing at the last minute.

Call me if you want to discuss or submit the order.

Thanks.

Let me know if you have any questions or need any additional information/document.

*Maria I. Escoto-Castiello, Esq.*
**MARIA I. ESCOTO-CASTIELLO, P.A.**
2000 South Dixie Highway, Suite 104-A
Miami, Florida 33133
Telephone: (305) 860-0991
Facsimile: (305) 860-0953

**BEWARE OF CYBER-FRAUD** – *Before wiring any funds, call the intended recipient at a number you know is valid to confirm the instructions – and be very wary of any request to change wire instructions you already received.*

*Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."*

*The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you received this communication in error and then delete it. Thank you.*

**From:** Sagre Law Firm, P.A. <law@sagrelawfirm.com>
**Sent:** Tuesday, December 28, 2021 10:29 AM
**To:** Maria Escoto-Castiello <maria@mec-lawfirm.com>; Sagre Law Firm, P.A. <law@sagrelawfirm.com>
**Subject:** Re: Bankruptcy - Miguel Angel Rodriguez

Good morning Maria

Happy Holidays

I trust you are well

Pursuant to Court Order, please file the requisite notice regarding the closing

Thank you

Ariel

**Ariel Sagre**

Attorney

Sagre Law Firm, P.A.
5201 Blue Lagoon Drive, Suite 892
Miami, Florida 33126

D: 305-266-5999 | F: 305-265-6223

law@sagrelawfirm.com

www.sagrelawfirm.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

On Wednesday, December 1, 2021, 04:31:15 PM EST, Sagre Law Firm, P.A. <law@sagrelawfirm.com> wrote:

Good afternoon Maria

Please see the attached revised order emanating from today's hearing as a PDF

The Court cant make a declaration like "the Debtor is to refinance by December 23" but that Court can order things be done if refinance occurs

As such, please see the attached order and advise

Thanks

Ariel

**Ariel Sagre**

Attorney

Sagre Law Firm, P.A.
5201 Blue Lagoon Drive, Suite 892
Miami, Florida 33126

D: 305-266-5999 | F: 305-265-6223

law@sagrelawfirm.com

www.sagrelawfirm.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.

On Wednesday, December 1, 2021, 02:24:54 PM EST, Maria Escoto-Castiello <maria@mec-lawfirm.com> wrote:

Hi Ariel,

Attached is my proposed order (word and .pdf formats).

Let me know if you have any changes, corrections and/or suggestions.

Thank you.

Let me know if you have any questions or need any additional information/document.

*Maria I. Escoto-Castiello, Esq.*
**MARIA I. ESCOTO-CASTIELLO, P.A.**
2000 South Dixie Highway, Suite 104-A
Miami, Florida 33133
Telephone: (305) 860-0991
Facsimile: (305) 860-0953

**BEWARE OF CYBER-FRAUD** – *Before wiring any funds, call the intended recipient at a number you know is valid to confirm the instructions – and be very wary of any request to change wire instructions you already received.*

*Pursuant to the Fair Debt Collection Practices Act, it is required that we state the following to you: "This is a communication from a debt collector. This is an attempt to collect a debt and any information obtained may be used for that purpose."*

The information contained in this transmission is attorney privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you received this communication in error and then delete it. Thank you.