

**ORDERED in the Southern District of Florida on January 4, 2022.**

**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourt.gov

In re:                                                   Case No. 15-24592-LMI

MIGUEL ANGEL RODRIGUEZ                                    Chapter   13

       Debtor.
_____/

**ORDER GRANTING CREDITOR YASMIN CARVAJAL'S MOTION TO DISMISS**
**CHAPTER 13 CASE FOR OTHER REASON (*INCLUDING PURSUANT TO 11***
***USC SECTION 1307(C)(1) AND (C)(6)*) [ECF NO. 143]**

THIS MATTER having come before this Honorable Court on December 1, 2021 at 9:00

a.m. upon *CREDITOR YASMIN CARVAJAL'S MOTION TO DISMISS CHAPTER 13 CASE FOR*

*OTHER REASON (INCLUDING PURSUANT TO 11 USC SECTION 1307(C)(1) AND (C)(6))*

*[ECF NO. 143]*("*Motion*") and the Court having entered the *ORDER ON MOTION TO*

*MODIFY PLAN [ECF NO. 190]*("*Court Order*") which permitted without hearing the

submission of an order dismissing chapter 13 case in the event the Debtor failed to complete the

closing of his homestead on or before December 23, 2021 and with *CREDITOR YASMIN CARVAJAL NOTICE OF FILING DEBTOR'S COUNSEL'S ELECTRONIC MESSAGE DATED DECEMBER 28, 2021[ECF NO. 194]* declaring no such closing occurred and this Court having considered the basis for this Motion, and based upon the record, it is

ORDERED:

1.    The Motion [ECF No. 143] is **GRANTED**.

2.    This case is dismissed.

### ###

Attorney Ariel Sagre is directed to mail a conformed copy
or serve via e-filing a copy of this Order on all interested parties
and to file a certificate of service with  the clerk of the Bankruptcy Court.